IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JULIA M. DACUS                                                                      PLAINTIFF

v.                          NO. 1:05CV00028 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

<u>ORDER</u>

Defendant has filed a motion to remand. Defendant offers, for good cause, that she desires to have the case remanded for a <u>de</u> <u>novo</u> hearing because the tapes of the previous hearing cannot be transcribed. Plaintiff does not opposed the remand, according to Defendant's motion.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper. The motion of Defendant (docket entry #7) is hereby granted, and this case is remanded to the Commissioner. This is a "sentence six" remand. The Clerk is directed to administratively close this file.

IT IS SO ORDERED this 28th day of October, 2005.

                                                           UNITED STATES MAGISTRATE JUDGE